UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIQUEA HOUSTON<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GUARDIAN PROTECTIVE SERVICES, LLC,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-788-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Motion for Attorney Fees, and the court having granted said motion, it is

**Ordered and adjudged** that Plaintiff recover from Defendant $11,961.65 as reasonable attorney's fees and $550 in costs.

Dated at Atlanta, Georgia this 26th day of January, 2018.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　By:　s/ Harry F. Martin
　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
　　January 26, 2018
James N. Hatten
Clerk of Court


By: s/ Harry F. Martin
　　　Deputy Clerk